**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
                                            :

MALIBU MEDIA, LLC,                 :

                                    :   Civil Action No. 7:19-cv-03927-KMK

              Plaintiff,        :

                                    :

              vs.               :

                                    :

JOHN DOE, subscriber assigned IP address  :
98.15.202.67,                         :

                                    :

              Defendant.      :
-------------------------------------------------------------X

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**
**WITHOUT PREJUDICE OF JOHN DOE**

**PLEASE TAKE NOTICE,** Plaintiff hereby voluntarily dismisses John Doe ("Defendant") from this action without prejudice. John Doe was assigned the IP Address 98.15.202.67. Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant John Doe has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

Dated:  October 14, 2019

                                     Respectfully Submitted,

                     By:    /s/ *Kevin T. Conway*
                             Kevin T. Conway (KC-3347)
                             80 Red Schoolhouse Road, Suite 110
                             Spring Valley, NY 10977
                             T: (845) 352-0206
                             F: (845) 352-0481
                             Email: ktcmalibu@gmail.com
                             *Attorneys for Plaintiff*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on October 14, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By: <u>/s/ Kevin T. Conway, Esq.</u>
Kevin T. Conway, Esq.